IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

In the matter of:                               Chapter 7

JULIE NILES,                                    Case No. 08-31645-DSO-Flint

      Debtor.                                Hon. Daniel S. Opperman
_____/

## MICHIGAN BELL TELEPHONE COMPANY D/B/A/ AT&T MICHIGAN'S RESPONSE TO MOTION FOR CONTEMPT AGAINST COLLECTION COMPANY OF AMERICA AND AT&T

Respondent, Michigan Bell Telephone Company, d/b/a AT&T Michigan[1] ("AT&T"), through its counsel, for its Response to Debtor's Motion For Contempt against Collection Company of America and AT&T, states as follows:

### Introduction

1. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief except to deny that AT&T violated the statutes cited or is liable to Debtor as alleged therein.

### Jurisdiction and Venue

2. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

3. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

4. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

## Parties

5. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

6. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

7. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

8. AT&T denies that it is a Delaware corporation, but admits that it conducts business in Michigan. AT&T denies that its primary business mailing address is 175 E. Houston St., San Antonio TX. AT&T admits and that it may be served through its registered agent The Corporation Company, 30600 Telegraph Rd., Bingham Farms, MI 48025.

## Factual Allegations

9. Admitted.

10. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

11. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

12. Denied as untrue.

13. Admitted.

14. AT&T neither admits nor denies the allegations in this Paragraph for lack of

---

[1] Michigan Bell Telephone Company, d/b/a AT&T Michigan is improperly pled in the Complaint as AT&T.

sufficient information or belief.

15. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

16. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

17. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

18. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

19. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

20. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

21. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

22. Denied as untrue.

23. Denied as untrue.

24. Denied as untrue.

25. Denied as untrue.

26. Denied as untrue.

27. Denied as untrue.

28. Denied as untrue.

29. Denied as untrue.

30. Denied as untrue.

31. Denied as untrue.

32. Denied as untrue.

33. Denied as untrue.

34. Denied as untrue.

35. Denied as untrue.

36. Denied as untrue.

37. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

### Willful Violation of Discharge Injunction

38. Denied as untrue.

39. Denied as untrue.

40. Denied as untrue.

41. Denied as untrue.

42. Denied as untrue.

43. Denied as untrue.

### Violation of the Fair Credit Billing Act (FCBA)

44. Denied as untrue.

45. Denied as untrue.

46. Denied as untrue.

## Violation of the Fair Debt Collection Practices Act (FDCPA)

47. Denied as untrue.

48. Denied as untrue.

49. Denied as untrue.

50. Denied as untrue.

51. Denied as untrue.

52. Denied as untrue.

## Violation of the Telephone Consumer Protection Act
## 47 U.S.C. § 227 et. seq.

53. Denied as untrue.

54. Denied as untrue.

55. Denied as untrue.

56. Denied as untrue.

## Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681 et. seq.

57. Denied as untrue.

58. Denied as untrue.

## Violation of the Michigan Occupational Code

59. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

60. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

61. Denied as untrue.

62. Denied as untrue.

63. Denied as untrue.

## Violation of the Michigan Collection Practices Act

64. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

65. Denied as untrue.

66. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

67. Denied as untrue.

## Cross-claim for Indemnification

68. To the extent that the Court grants the Debtor's Motion For Contempt against Collection Company of America and AT&T, AT&T hereby asserts a cross-claim for indemnification against Collection Company of America pursuant to that certain Services Agreement between Collecto, Inc., d/b/a Collection Company of America, and AT&T Services, Inc. dated as of March 2008.

**WHEREFORE**, Michigan Bell Telephone Company d/b/a AT&T Michigan, respectfully requests that this Honorable Court deny Debtor's Motion For Contempt against Collection Company of America and AT&T, award AT&T its fees and costs incurred and grant such other and further relief as is just and proper under the circumstances.

Respectfully Submitted,

**SILVERMAN & MORRIS, P.L.L.C.**

By; _____/s/ Karin F. Avery_____
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
Local counsel for Michigan Bell Telephone
Company d/b/a AT&T Michigan
7115 Orchard Lake Rd., #500
West Bloomfield, MI 48322
Tel:: 248-539-1330; Fax: 248-539-1355
e-mail: avery@silvermanmorris.com

Dated: March 9, 2010

And

Vincent A. D'Agostino
Joseph A. Becht, Jr.
Lowenstein Sadler, P.C.
Counsel for Michigan Bell Telephone
Company d/b/a AT&T Michigan
65 Livingston Ave.
Roseland, NJ 07068
Tel: 973-592-2500
Fax: 973-597-2400
e-mail: vdagostino@lowenstein.com
e-mail: jbecht@lowenstein.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

In the matter of:                                    Chapter 7

JULIE NILES,                                         Case No. 08-31645-DSO-Flint

　　　　Debtor.                                      Hon. Daniel S. Opperman
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed (i) Michigan Bell Telephone Company d/b/a AT&T Michigan's Response to Motion for Contempt Against Collection Company of America & AT&T; (ii) Statement Regarding Corporate Ownership of Michigan Bell Telephone Company, d/b/a AT&T Michigan; and (iii) Certificate of Service, using the ECF system, which will send notification to:

bobbi@rexandersonpc.com; rexandersonpc@gmail.com
ccorcoran@epiqtrustee.com; ccorcoran@ecf.epiqsystems.com
dlerner@plunkettcooney.com; nwinagar@plunkettcooney.com

　　　　　　　　　　　　　　　　　　　/s/ Lori Powers
　　　　　　　　　　　　　　　　　　　Lori Powers
　　　　　　　　　　　　　　　　　　　Silverman & Morris, P.L.L.C.
　　　　　　　　　　　　　　　　　　　7115 Orchard Lake Road, Suite 500
　　　　　　　　　　　　　　　　　　　West Bloomfield, Michigan 48322

X:\Clients\AT & T\Julie Niles\Cert of Svc - Response to Niles Stay
Violation 030810.doc

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

In the matter of:            Chapter 7

JULIE NILES,              Case No. 08-31645-DSO-Flint

    Debtor.               Hon. Daniel S. Opperman
_____/

### STATEMENT REGARDING CORPORATE OWNERSHIP OF MICHIGAN BELL TELEPHONE COMPANY, d/b/a AT&T MICHIGAN

[ X ]   The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

    Name: __AT&T, Inc._____
    Address: __208 S. Akard Street, Dallas, Texas 75202__

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    (For additional names, attach an addendum to this form)

[ ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This is filed on behalf of Michigan Bell Telephone Company d/b/a AT&T Michigan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2010           __/s/ Karin F. Avery_____
                                       Signature of Co-counsel
                                       For Corporate Party