IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

| | |
|---|---|
| In the matter of: | Chapter 7 |
| JULIE NILES, | Case No. 08-31645-DSO-Flint |
| Debtor. | Hon. Daniel S. Opperman |
| _____ / | |
| JULIE NILES, | |
| Plaintiff, | Adv. Proc. No. 10-03234-DSO (Flint) |
| v. | |
| COLLECTCO, INC., d/b/a COLLECTION COMPANY OF AMERICA, and AT&T, | |
| Defendants. | |
| _____ / | |

**ANSWER OF MICHIGAN BELL TELEPHONE COMPANY D/B/A
AT&T TO AMENDED COMPLAINT AGAINST COLLECTCO, INC.
<u>COLLECTION COMPANY OF AMERICA AND AT&T</u>**

Defendant, Michigan Bell Telephone Company, d/b/a AT&T Michigan[1] ("AT&T"), through its counsel, for its Answer to the Amended Complaint against Collecto, Inc. d/b/a Collection Company of America and AT&T, states as follows:

**Introduction**

1. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief except to deny that AT&T violated the statutes cited or is liable to Debtor as alleged therein.

---

[1] Michigan Bell Telephone Company, d/b/a AT&T Michigan is improperly pled in the Complaint as AT&T.

## Jurisdiction and Venue

2. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

3. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

4. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

## Parties

5. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

6. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

7. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

8. AT&T denies that it is a Delaware corporation, but admits that it conducts business in Michigan. AT&T denies that its primary business mailing address is 175 E. Houston St., San Antonio TX. AT&T admits that it may be served through its registered agent The Corporation Company, 30600 Telegraph Rd., Bingham Farms, MI 48025.

## Factual Allegations

9. AT&T repeats and restates each and every response set forth above as if set forth herein.

10. Admitted.

11. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

12. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

13. Denied as untrue.

14. Admitted.

15. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

16. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

17. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

18. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

19. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

20. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

21. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

22. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

23. Denied as untrue.

24. Denied as untrue.

25. Denied as untrue.

26. Denied as untrue.

27. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

28. Denied as untrue.

29. Denied as untrue.

30. Denied as untrue.

31. Denied as untrue.

32. Denied as untrue.

33. Denied as untrue.

34. Denied as untrue.

35. Denied as untrue.

36. Denied as untrue.

37. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

38. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

**Willful Violation of Discharge Injunction**

39. AT&T repeats and restates each and every response set forth above as if set forth herein.

40. Denied as untrue.

41. Denied as untrue.

42. Denied as untrue.

43. Denied as untrue.

44. Denied as untrue.

45. Denied as untrue.

### Violation of the Fair Credit Billing Act (FCBA)

46. AT&T repeats and restates each and every response set forth above as if set forth herein.

47. Denied as untrue.

48. Denied as untrue.

49. Denied as untrue.

### Violation of the Fair Debt Collection Practices Act (FDCPA)

50. AT&T repeats and restates each and every response set forth above as if set forth herein.

51. Denied as untrue.

52. Denied as untrue.

53. Denied as untrue.

54. Denied as untrue.

55. Denied as untrue.

56. Denied as untrue.

### Violation of the Telephone Consumer Protection Act
### 47 U.S.C. § 227 et. seq.

57. AT&T repeats and restates each and every response set forth above as if set forth herein.

58. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

59. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

60. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

61. Denied as untrue.

**Violation of the Fair Credit Reporting Act**
**15 U.S.C. § 1681 et. seq.**

62. AT&T repeats and restates each and every response set forth above as if set forth herein.

63. Denied as untrue.

64. Denied as untrue.

**Violation of the Michigan Occupational Code**

65. AT&T repeats and restates each and every response set forth above as if set forth herein.

66. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

67. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

68. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

69. AT&T neither admits nor denies the allegations in this Paragraph for lack of

sufficient information or belief.

70. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

### Violation of the Michigan Collection Practices Act

71. AT&T repeats and restates each and every response set forth above as if set forth herein.

72. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

73. Denied as untrue.

74. AT&T neither admits nor denies the allegations in this Paragraph for lack of sufficient information or belief.

75. Denied as untrue.

### Cross-claim for Indemnification

76. To the extent that the Court grants the Plaintiff relief against Collection Company of America and AT&T, AT&T hereby asserts a cross-claim for indemnification against Collecto, Inc. d/b/a Collection Company of America pursuant to that certain Services Agreement between Collecto, Inc., d/b/a Collection Company of America, and AT&T Services, Inc. dated as of March 2008.

**WHEREFORE**, Michigan Bell Telephone Company d/b/a AT&T, respectfully requests that this Honorable Court deny Plaintiff relief against Collectco, Inc. d/b/a Collection Company of America and AT&T, award AT&T its fees and costs incurred and grant such other and further relief as is just and proper under the circumstances.

Respectfully Submitted,

**SILVERMAN & MORRIS, P.L.L.C.**

By;      /s/ Karin F. Avery
         Geoffrey L. Silverman (P34011)
         Karin F. Avery (P45364)
Local counsel for Michigan Bell Telephone
Company d/b/a AT&T Michigan
7115 Orchard Lake Rd., #500
West Bloomfield, MI  48322
Tel:  248-539-1330; Fax:  248-539-1355
e-mail: avery@silvermanmorris.com

Dated:  April 29, 2010

And

Vincent A. D'Agostino
Joseph A. Becht, Jr.
Lowenstein Sadler, P.C.
Counsel for Michigan Bell Telephone
Company d/b/a AT&T Michigan
65 Livingston Ave.
Roseland, NJ  07068
Tel: 973-592-2500
Fax: 973-597-2400
e-mail:  vdagostino@lowenstein.com
e-mail: jbecht@lowenstein.com

X:\Clients\AT & T\Julie Niles\Adversary Proceeding\Answr of Mich Bell to Amended Complaint against Collectco 042910.doc

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

| | |
|---|---|
| In the matter of: | Chapter 7 |
| JULIE NILES, | Case No. 08-31645-DSO-Flint |
| Debtor. | Hon. Daniel S. Opperman |
| _____ / | |
| JULIE NILES, | |
| Plaintiff, | Adv. Proc. No. 10-03234-DSO (Flint) |
| v. | |
| COLLECTCO, INC., d/b/a COLLECTION COMPANY OF AMERICA, and AT&T, | |
| Defendants. | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I electronically filed AT&T's Answer to the Amended Complaint Against Collectco, Inc. d/b/a Collection Company of America & AT&T and Certificate of Service with the Clerk of the Court using the electronic filing system, which will send notification to the following:

    Rex C. Anderson    bobbi@rexandersonpc.com; rexandersonpc@gmail.com
    Charity A. Olson    colson@creditordefenselaw.com

                       /s/ Lori Powers
                       Lori Powers
                       Silverman & Morris, P.L.L.C.

Dated: April 29, 2010

X:\Clients\AT & T\Julie Niles\Adversary Proceeding\Cert of Service - Answer re collectco 042910.doc